# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:14CR00001-02 |
| v. | ) | OPINION |
| | ) | |
| EMMANUEL LEE VESTAL, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Emmanuel Lee Vestal, Pro Se Defendant*.

Emmanuel Lee Vestal had filed a pro se motion titled, "Motion for Plain-Error Review Pursuant to Supreme Court Case Molina-Martinez vs. United States" (ECF No. 681). Vestal had disagreed with the dismissal of his prior Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 as time barred and also had argued that, *inter alia*, counsel rendered ineffective assistance. Consequently, the court instructed Vestal, in accordance with *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015), to abandon either claims about the prior § 2255 motion's disposition or claims about the original conviction and sentence.

In his response, Vestal continues to challenge the imposed sentence and does not challenge the adjudication of the prior § 2255 motion. Consequently, Vestal's requests are treated as a Motion to Vacate, Set Aside, or Correct Sentence. *See,*

*e.g.*, *United States v. Winestock*, 340 F.3d 200, 206-07 (4th Cir. 2003). Vestal already had a § 2255 motion dismissed with prejudice, and he does not establish that the United States Court of Appeals for the Fourth Circuit has authorized him to file a successive § 2255 motion. Accordingly, the construed § 2255 motion must be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2255(h).

        DATED: December 14, 2016

        /s/ James P. Jones
        United States District Judge